No. 4019.—CAMPOS, apldo. *v.* GREAT AMERICAN INSURANCE Co., aplte.—C. D. Ponce.          Marzo 21, 1929. A la moción de reconsideración de la parte demandada, aun cuando sus fundamentos aparecen a primera vista meritorios, no ha lugar, porque habiéndose ya admitido el recurso de apelación, bien por falta de jurisdicción, ya por cortesía,

esta corte debe abstenerse de intervenir. Véase la resolución dictada en el recurso gubernativo 527, *Bello y Feo et al. v. Registrador de la Propiedad de Arecibo*, de marzo 5, 1923.